**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|     Hay, Laverne M. | : |
| | : 21-11492 |
|     Debtor | : |

**PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK OF THE COURT:

    The Debtors through and by their counsel, John L. McClain hereby requests the court kindly change the Debtor's address in the above captioned matter.

The Debtor's old address was:

1866 Sassafras Lane
Quakertown, PA 18951

The Debtor's new address is:

300 Village Drive, Apt. 18
King of Prussia, PA 19406

Date:  October 28, 2024

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Debtor
John L. McClain & Associates
1851 C.R. 27
Owls Head, NY 12969
(484) 588-5570