**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                        : Chapter 13

**Hay, Laverne M.**                                 :          21-11492

    **Debtor**

## CERTIFICATE OF SERVICE

    I certify that on  November 2, 2024 ,  the Debtor, the Standing Chapter 13 Trustee and all creditors of the debtor that have requested a copy of the same served a copy of the "Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan" either by ECF or by first class regular U.S. mail.

Dated: November 2, 2024

        "/s/"Mitchell J. Prince
        John L. McClain, Esquire
        Mitchell J. Prince, Esquire
        Attorneys for debtor

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
1851 C.R. 27
Owls Head, NY 12969