**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**  Hay, Laverne M. | : Chapter 13 |
| **Debtor** | : 21-11492 |

## ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of $5,000.00.

3. Debtor's counsel is authorized to distribute the allowed compensation set forth in ¶2 above from his trust account as an administrative expense pursuant to 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

**Date:** 11/22/24

_____
**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**