United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 21-11492-pmm

Laverne M. Hay                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                      User: admin                                     Page 1 of 3

Date Rcvd: May 22, 2025                              Form ID: 138OBJ                             Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laverne M. Hay, 300 Village Drive, Apt 18, King of Prussia, PA 19406-2784 |
| 14933034 | + | U.S. Bank Trust Company, National Association, successor of Bear Stearns Trust 2006-HE8, c/o Denise Carlon, Esq., KML Law Group P, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 23 2025 00:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2025 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14625293 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2025 00:31:18 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14854787 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 23 2025 00:44:21 | National Auto Finance Company, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14616719 | + | Email/Text: bankruptcy@gopfs.com | May 23 2025 00:33:00 | Prestige Financial Services, BANKRUPTCY DEPT, PO BOX 26707, SLC, UT 84126-0707 |
| 14610674 | + | Email/Text: bankruptcy@gopfs.com | May 23 2025 00:33:00 | Prestige Financial Svc, 1420 S. 500 W, Salt Lake City, UT 84115-5149 |
| 14610675 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 23 2025 00:33:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14614492 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 23 2025 00:33:00 | U.S. Bank NA, Successor trustee to, Bank of America, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14900661 | + | Email/Text: RASEBN@raslg.com | May 23 2025 00:32:00 | U.S. Bank Trust Company, c/o ROBERT BRIAN SHEARER, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14925249 | + | Email/Text: RASEBN@raslg.com | May 23 2025 00:32:00 | U.S. Bank Trust Company, c/o Michelle L. McGowan, Esq, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14900172 | + | Email/Text: RASEBN@raslg.com | May 23 2025 00:32:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 138OBJ | Total Noticed: 13 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14610673 | ##+ | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

**Name**      **Email Address**

DANIELLE BOYLE-EBERSOLE
on behalf of Creditor U.S. Bank N.A. successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, As dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Ba bkgroup@kmllawgroup.com

JOHN L. MCCLAIN
on behalf of Debtor Laverne M. Hay aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

KARINA VELTER
on behalf of Creditor U.S. Bank N.A. successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, As karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHELLE L. MCGOWAN
on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Ba mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-ininterest to U.S. Bank National Association, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Secur mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor U.S. Bank Trust Company National Association mimcgowan@raslg.com

ROBERT BRIAN SHEARER
on behalf of Creditor U.S. Bank Trust Company National Association rshearer@raslg.com

SARAH K. MCCAFFERY
on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Ba smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

SARAH K. MCCAFFERY
on behalf of Creditor U.S. Bank N.A. successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, As smccaffery@friedmanvartolo.com,

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 138OBJ | Total Noticed: 13 |

ckohn@hoflawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*Form 138OBJ* (6/24)−doc 86 − 85

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Laverne M. Hay  )  Case No. 21−11492−pmm
   aka Laverne Madeline Hay  )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 22, 2025

For The Court

Timothy B. McGrath
Clerk of Court