United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11492-pmm |
| Laverne M. Hay | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 15, 2025 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laverne M. Hay, 300 Village Drive, Apt 18, King of Prussia, PA 19406-2784 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 16 2025 00:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 16 2025 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 17, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank N.A. successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, As dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: 138FIN | Total Noticed: 3 |

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Ba bkgroup@kmllawgroup.com

JOHN L. MCCLAIN
    on behalf of Debtor Laverne M. Hay aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

KARINA VELTER
    on behalf of Creditor U.S. Bank N.A.  successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, As karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank Trust Company  National Association mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Ba mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-ininterest to U.S. Bank National Association, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Secur mimcgowan@raslg.com

ROBERT BRIAN SHEARER
    on behalf of Creditor U.S. Bank Trust Company  National Association rshearer@raslg.com

SARAH K. MCCAFFERY
    on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Ba smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor U.S. Bank N.A.  successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, As smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*Form 138FIN* (6/24)−doc 92 − 91

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Laverne M. Hay  )  Case No. 21−11492−pmm
   aka Laverne Madeline Hay  )
  )
   Debtor(s).  )  Chapter: 13
  )
  )

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: October 15, 2025            For The Court

                                                    Mohung Wong
                                                    Clerk of Court